**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **JENNIFER YOUNG, Personal Representative of the Estate of Lori R. Heiting, Deceased,** | **7:13CV5002** |
| **Plaintiff,** | **ORDER** |
| **vs.** | |
| **COUNTY OF DAWES, a Nebraska Political Subdivision; COUNTY OF BOX BUTTE, a Nebraska Political Subdivision; and DOES 1-10,** | |
| **Defendants.** | |

This matter is before the court following a telephone conference with counsel on February 10, 2015.  Amy L. Patras represented the plaintiff.  Vincent Valentino represented the defendants.  Plaintiff's oral request to take several depositions is denied.  The discovery stay in this matter shall remain in effect.  **See** Filing No. 85 - Order (Text Order granting the plaintiff's unopposed Motion to Stay Proceedings).  The parties shall have seven (7) days from the date an order is entered resolving the pending Motion for Summary Judgment (Filing No. 89), in which to schedule a telephone planning conference with the undersigned magistrate judge.

**IT IS SO ORDERED**.

Dated this 10th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge