IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER YOUNG, Personal Representative of the Estate of LORI R. HEITING, Deceased, | Case No. 7:13-cv-5002 |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| COUNTY OF DAWES, a Nebraska Political Subdivision, and COUNTY OF BOX BUTTE, a Nebraska Political Subdivision, DOES 1-10 | |
| Defendants. | |

This matter comes before the Court upon a Joint Stipulation for Dismissal with Prejudice filed by the parties herein (Filing No. 114). The parties advise in their Stipulation that a settlement agreement has been reached wherein each party agrees to bear its own costs and attorneys fees incurred in this action.

IT IS THEREFORE ORDERED that all remaining parties and causes of action herein are hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees incurred.

Dated this 22nd day of June, 2015.

BY THE COURT:

   s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and submitted by:
Vincent Valentino, #14288
100 N. 12th Street, Suite 200
P.O. Box 84640
Lincoln, NE 68501-4640

(402) 742-9240
vv@windstream.net

<u>Approved as to form by:</u>
Amy L. Patras, # 22463
Crites, Shaffer, Connealy, Watson, Patras, & Cullers, PC, LLO
201 East 3rd Street
P.O. Box 1070
Chadron, Nebraska 69337
(308) 432-3339
cscwh@bbc.net